United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MELISSA JEANETH HEREDIA ESCALANTE, | § § § § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00682 |
| | § | |
| TODD M. LYONS, *et al.,* | § | |
| "Respondents." | § § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Emergency Motion for Order to Show Cause and to Facilitate Return; Notice of Unlawful Removal" (Dkt. No. 4) ("Motion"). The Court **GRANTS** the Motion (Dkt. No. 4) **in part**. Respondents are **ORDERED** to show cause (1) why the Petition should not be granted and (2) why Petitioner's removal did not violate 8 C.F.R. § 1003.6(a) or any other applicable regulation. Respondents shall file such statement **no later than July 20, 2026** at **5 PM CST**.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the Motion (Dkt. No. 4), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov. Petitioner's Motion is **DENIED in part** with respect to all other relief not expressly granted.

SIGNED this July 15, 2026

Rolando Olvera
United States District Judge

1 / 1