United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MELISSA JEANETH HEREDIA ESCALANTE, "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:26-cv-00682 |
| TODD M. LYONS, *et al.,* "Respondents." | § § § § | |

## ORDER

On July 22, 2026, the Court held a telephonic conference to inquire into the parties' respective positions regarding Petitioner's return to the United States. At said conference, Petitioner's attorney represented that Petitioner wishes to be returned to the United States pending the resolution of her removal proceedings. Counsel for Respondents represented that U.S. Immigration and Customs Enforcement is willing to facilitate Petitioner's return but maintains that it will detain her upon arrival.

The Court therefore **ORDERS** Respondents to facilitate Petitioner's return to the United States. It is further **ORDERED** that, **by no later than July 28, 2026**, Respondents shall file a status report informing the Court either that Petitioner has been returned to the United States or, if she has not, describing the efforts undertaken to facilitate her return.

SIGNED this July 23, 2026

Rolando Olvera
United States District Judge

1 / 1