United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

MELISSA JEANETH HEREDIA
ESCALANTE,
    "Petitioner," §
§
§
§
v. §
§    Civil Action No. 1:26-cv-00682
TODD M. LYONS, *et al.,* §
    "Respondents." §
§

## <u>ORDER</u>

On July 23, 2026, this Court issued an order directing Respondents to facilitate Petitioner's return to the United States. *See* Dkt. No. 9. On August 6, 2026, the Court held a telephonic conference to assess the status of Respondents' compliance with that Order. *See Minute Entry* August 6, 2026. At said conference, counsel for Respondents represented that, although steps have been taken to facilitate Petitioner's return, additional agency approval remained necessary, and Respondents were at that time unable to provide an estimated timeline for her return.

The Court notes that its order directing Petitioner's return to the United is not subject to the approval of (or "parole review" by) any administrative agency. Accordingly, to ensure compliance with its prior directive, the Court **ORDERS** Respondents to return Petitioner to the United States **<u>within 30 days of this Order</u>**. Failure to comply may cause the Court to consider exercising its inherent authority to enforce its orders, including civil contempt.

    SIGNED this August 6, 2026

_____
Rolando Olvera
United States District Judge